**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 9 MAL 2023

            Respondent           :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

            v.                                      :

                                          :

LEHEM M. WOLDEZGHI,                 :

                                          :

            Petitioner                  :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.